Form defdso13

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Jesus E. Avila
14031 S. Hoxie
Chicago, IL 60633
SSN: xxx−xx−0730 EIN: N.A.

Case No. : 13−36382
Chapter : 13
Judge : Donald R. Cassling

Jeanette Avila
14031 S. Hoxie
Chicago, IL 60633
SSN: xxx−xx−4564 EIN: N.A.

---

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: July 11, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jesus E. Avila  
Jeanette Avila  
    Debtors

Case No. 13-36382-DRC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dwilliams    Page 1 of 1    Date Rcvd: Jul 11, 2018  
                       Form ID: defdso13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.  
db/jdb       +Jesus E. Avila,   Jeanette Avila,   14031 S. Hoxie,   Chicago, IL 60633-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:  
            Dana N O'Brien    on behalf of Creditor    Federal National Mortgage Association  
              dana.obrien@mccalla.com,   NDistrict@mccalla.com  
            David M Siegel    on behalf of Debtor 2 Jeanette  Avila davidsiegelbk@gmail.com,  
              author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com  
            David M Siegel    on behalf of Debtor 1 Jesus E. Avila davidsiegelbk@gmail.com,  
              author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com  
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
            Samantha C San Jose    on behalf of Creditor    U.S. Bank Trust National Association, not in its  
              individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2017-RPL2 c/o  
              Rushmore Loan Management Services LLC ssanjose@rsmalaw.com,   bankruptcy@rsmalaw.com  
            Samantha C San Jose    on behalf of Creditor    Rushmore Loan Management Services LLC  
              ssanjose@rsmalaw.com,   bankruptcy@rsmalaw.com  
            Tom   Vaughn    ecf@tvch13.net,   ecfchi@gmail.com  
                                                                                                                                                                                                        TOTAL: 7